

FILED
NOV 0 9 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. 08-2599GT |
| v. | ) **ORDER** |
| EFRAIN ALVAREZ-GARCIA, | ) |
| Defendant. | ) |

On October 24, 2012, Defendant, Efrain Alvarez-Garcia ("Mr. Alvarez"), filed a Motion to Dismiss OSC due to lack of jurisdiction. Mr. Alvarez asserts that the court erroneously sentenced him to a three year term of supervised release instead of a one year term. If correct, Mr. Alvarez was not on supervised release at the time of the instant violation. The Government filed a notice of non-opposition to this motion and asserts that the Probation Officer also does not oppose this motion. Accordingly,

//

//

**IT IS ORDERED** that the OSC in this case is **DISMISSED.**

**IT IS FURTHER ORDERED** that the hearing date for the OSC is **VACATED.**

**IT IS SO ORDERED.**

_11/9/14_
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel